UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                       :   19cv7886(DLC)
YUSUF AL-RAHMAN,                       :
                    Plaintiff,         :   ORDER
         -v-                           :
                                       :
AMERICAN SUGAR REFINING, INC., DENNIS  :
ANGONE, MICHAEL BURCHELL, JORI CLOUD,  :
and KEVIN RAMSEY,                      :
                    Defendants.        :
                                       :
------------------------------------- X

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the in-person conference scheduled for Friday, March 13 at 10:30 a.m. will be held telephonically. Counsel for the plaintiff shall have all parties on the line and call chambers at 212-805-0202. Principal trial counsel must participate in the telephone conference.

Dated:   New York, New York
         March 10, 2020

                              _____
                                      DENISE COTE
                              United States District Judge