```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :     19cv7886(DLC)
YUSUF AL-RAHMAN,                         :
                           Plaintiff,    :     ORDER
              -v-                        :
                                         :
AMERICAN SUGAR REFINING, INC., DENNIS    :
ANGONE, MICHAEL BURCHELL, JORI CLOUD,    :
and KEVIN RAMSEY,                        :
                           Defendants.   :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On May 1, 2020, the parties filed a proposed protocol for conducting electronic discovery, indicating their dispute regarding the appropriate methodology for collection of documents from the plaintiff.  Accordingly, it is hereby

ORDERED that plaintiff's counsel shall be sufficiently involved in the identification, retrieval, and production of responsive documents from the plaintiff such that plaintiff's counsel can affirm to defense counsel that the search complied in all respects with a party's duties pursuant to Rule 34, Fed. R. Civ. P.

Dated:   New York, New York
         May 4, 2020

                              _____
                                         DENISE COTE
                              United States District Judge