```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
YUSUF AL-RAHMAN,                          :    19cv07886 (DLC)
                                          :
               Plaintiff,                 :    ORDER
                                          :
       -v-                                :
                                          :
AMERICAN SUGAR REFINING, INC., DENNIS     :
ANGONE, MICHAEL BURCHELL, JORI CLOUD,     :
and KEVIN RAMSEY,                         :
                                          :
               Defendants.                :
                                          :
----------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-24-2020

DENISE COTE, District Judge:

Pursuant to Rules 30(b)(3) and (b)(4), Fed. R. Civ. P., all depositions in this action may be taken via telephone, videoconference, or other remote means, and may be recorded by any reliable audio or audiovisual means. This Order does not dispense with the requirements set forth in Fed. R. Civ. P. 30(b)(5), including the requirement that, unless the parties stipulate otherwise, the deposition be "conducted before an officer appointed or designated under Rule 28," and that the deponent be placed under oath by that officer. For avoidance of doubt, however, a deposition will be deemed to have been conducted "before" an officer so long as that officer attends the deposition via the same remote means (e.g., telephone conference call or video conference) used to connect all other remote participants, and so long as all participants (including

the officer) can clearly hear and be heard by all other participants.

Dated: New York, New York
September 24, 2020

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　DENISE COTE
　　　　　　　　　　　　　　　United States District Judge

2